1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  TOMMIE L. JACKSON,

11          Plaintiff,             No. CIV S-05-1465 LKK KJM P

12      vs.

13  C.L. PARKS, et al.,

14          Defendants.            ORDER

15  _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42
17  U.S.C. § 1983.  Plaintiff has filed a request for leave to proceed in forma pauperis under 28
18  U.S.C. § 1915, but plaintiff has not obtained the certification required on the application form.
19  See 28 U.S.C. § 1915(a)(2).  Plaintiff indicates unspecified correctional staff refused to certify
20  the form.

21          Good cause appearing, IT IS HEREBY ORDERED that:

22          1. Plaintiff shall submit, within thirty days of this order, a completed application
23  to proceed in forma pauperis, including the required certification.  Alternatively, if a correctional
24  officer refuses to provide the required certification on the form, within thirty days plaintiff shall
25  inform the court of the name or names of such officers in an affidavit.
26  /////

1

1 |         2. The Clerk of the Court is directed to send plaintiff a new Application to
2 | Proceed In Forma Pauperis By a Prisoner.
3 | DATED: August 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
jack1465.3