IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE L. JACKSON,

      Plaintiff,                  No. CIV S-05-1465 LKK KJM P

  vs.

C.L. PARKS, et al.,

      Defendants.          <u>ORDER</u>

                       /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed May 2, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his First Amendment claim against defendant Parks. In all other respects, plaintiff's complaint fails to state a claim upon which relief can be granted. Therefore, the court will order service of process only with respect to defendant Parks.

/////

1

The court notes that plaintiff has filed a motion asking that this case be certified as a class action. Plaintiff, however, is a non-lawyer proceeding without counsel. It is well established that a layperson cannot ordinarily represent the interests of a class. See McShane v. United States, 366 F.2d 286 (9th Cir. 1966). This rule becomes almost absolute when, as here, the putative class representative is incarcerated and proceeding pro se. Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975). In direct terms, plaintiff cannot "fairly and adequately protect the interests of the class," as required by Rule 23(a)(4) of the Federal Rules of Civil Procedure. See Martin v. Middendorf, 420 F. Supp. 779 (D.D.C. 1976). This action, therefore, will not be construed as a class action and instead will be construed as an individual civil suit brought by plaintiff.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant Parks.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed May 26, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form; and

    d. Two copies of the endorsed amended complaint filed May 26, 2006.

4. Plaintiff need not attempt service on defendant Parks and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the

/////

/////

/////

/////

1  United States Marshal to serve defendant Parks pursuant to Federal Rule of Civil Procedure 4
2  without payment of costs.
3       5.  Petitioner's May 26, 2006 motion for class certification is denied.
4  DATED: December 1, 2006.

                                U.S. MAGISTRATE JUDGE

1
jack1465.1(5.26.06)

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMIE LEE JACKSON,

     Plaintiff,                          No. CIV-S-05-1465 LKK KJM P

     vs.

C.L. PARKS, et al.,                     <u>NOTICE OF SUBMISSION</u>

     Defendants.                     <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____    completed summons form

     _____    completed USM-285 form

     _____    copies of the _____
                                Amended Complaint

DATED:

                                       _____
                                       Plaintiff